UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ-RAMIREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>,<br><br>        Defendant. | Case No. 17-cv-03290-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a former detainee, has filed a civil rights action. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: November 7, 2017

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOPEZ-RAMIREZ,<br><br>      Plaintiff,<br><br>  v.<br><br>,<br><br>      Defendant. | Case No. 17-cv-03290-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Guadalupe Lopez-Ramirez ID: 73050097
Sacramento County Main Jail
651 I Street
Sacramento, CA 95814

Dated: November 7, 2017

                                                                 Susan Y. Soong
                                                                 Clerk, United States District Court

                                                                 By: _____
                                                                 LISA R. CLARK, Deputy Clerk to the
                                                                 Honorable JAMES DONATO